■ KEVIN SHANKS, an Infant, by JOHN SHANKS, His Father and Natural Guardian, et al., Plaintiffs, v EASTMAN KODAK COMPANY, Defendant.

DIENER KNITTING MILLS CO., INC., Respondent, and K MART ENTERPRISES OF NEW YORK, INC.,, Appellant. (Appeal No. 2.)—Order unanimously affirmed, without costs. (Same memorandum as in *Shanks v Oneita Knitting Mills,* (58 AD2d 741.) (Appeal from order of Erie Supreme Court—summary judgment.) Present—Moule, J. P., Simons, Dillon and Witmer, JJ.